IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY FAILS,

    Plaintiff,

vs.                                    CASE NO.:  3:08cv535/MCR/MD

ALICE FAY HARISE,

    Defendant.
_____/

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 19, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 28th day of January, 2009.

                                            *s/ M. Casey Rodgers*
                                            M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE